Mildred K. O'Linn (State Bar No. 159055)
  mko@manningllp.com
Tony M. Sain (State Bar No. 251626)
  tms@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
CITY OF REDONDO BEACH AND (RET.)
POLICE CHIEF W. JOSEPH LEONARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIRSTIN ALLISON, an individual and on behalf of the Estate of MITCHELL ALLISON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF REDONDO BEACH, CHIEF W. JOSEPH LEONARDI, POLICE OFFICER # 1, POLICE OFFICER # 2, POLICE OFFICER # 3, POLICE OFFICER # 4, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:15-CV-07712<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANTS, PURSUANT TO 28 U.S.C. §1441(b); DECLARATION OF TONY M. SAIN AND EXHIBITS.**<br><br>State Complaint Filed: 08/15/2014<br>Trial Date: Not Yet Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendants CITY OF REDONDO BEACH AND (RET.) POLICE CHIEF W. JOSEPH LEONARDI ("defendants") hereby removes, to this Court, the state court action described below:

1. On August 15, 2014 an action was commenced by the filing of a Complaint in the Superior Court in the State of California, in and for the County of Los Angeles, entitled KRISTEN ALLISON v. CITY OF REDONDO BEACH, *et al.*, Los Angeles Super. Ct. case no. BC554724 regarding an officer-involved

1. shooting that occurred on or about August 16, 2013.

2. **The Summons for such Complaint was not served on the aforementioned defendants until September 22, 2015** – over 1 year after the State Court action was filed, and more than 2 years after the incident at issue. [*See* Sain Decl., Ex. A.]

3. The Complaint alleges civil rights violations and contains causes of action brought by the plaintiff, pursuant to 42 U.S.C. § 1983.

4. Specifically, pursuant to 42 U.S.C. § 1983, plaintiff's First Cause of Action alleges excessive force against plaintiff's decedent in violation of the **Fourth and Fourteenth Amendments to the U.S. Constitution**, as well as an amorphous Fourteenth Amendment claim for violation of decedent's right to "personal safety and security" (according to plaintiff's allegations). [*See* Sain Decl., Ex. B at p. 5, ¶¶ 14-16.] Similarly, pursuant to 42 U.S.C. § 1983, plaintiff's Second Cause of Action alleges a *Monell* claim for failure to adequately train, supervise, or discipline City peace officers in alleged violation of the **Fourth and Fourteenth Amendments to the U.S. Constitution.** [*See id*. at pp. 5-6, ¶¶ 17-19.] Likewise, pursuant to 42 U.S.C. § 1983, plaintiff's Third Cause of Action alleges deprivation of familial relations in alleged violation of the **Fourteenth Amendment to the U.S. Constitution.** [*See id*. at pp. 6, ¶¶ 20-22.] Along related lines, plaintiff's Fourth Cause of Action alleges conspiracy in deprivation of civil rights pursuant to 42 U.S.C. § 1985(3); and plaintiff's Fifth Cause of Action alleges failure to intervene pursuant to 42 U.S.C. § 1986. [*See id*. at pp. 7-8, ¶¶ 23-28.]   Only plaintiff's Sixth (and final) Cause of Action for wrongful death alleges any claim under California law (Cal. Code Civ. Proc. § 377.60). [*See id*. at pp. 8, ¶¶ 29-33.]

5. This action is a civil action to which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question), and it is one which may be removed to this Court by defendant, pursuant to the provisions of 28 U.S.C. § 1441(b), in that it arises under 42 U.S.C. § 1983 and other federal statutes and laws.

1  6. Defendants are all represented by the same counsel. Counsel for
2  defendants consent to the removal of this action to this Court without opposition.
3  7. Defendants CITY OF REDONDO BEACH AND (RET.) POLICE
4  CHIEF W. JOSEPH LEONARDI respectfully request the above-entitled action,
5  now pending in the Superior Court in the State of California, in and for the County
6  of Los Angeles, be removed to this federal Court.

DATED: October 1, 2015

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:     /s/ Tony M. Sain
        Mildred K. O'Linn, Esq.
        Tony M. Sain, Esq.
Attorneys for Defendants,
CITY OF REDONDO BEACH AND
(RET.) POLICE CHIEF W. JOSEPH
LEONARDI

## DECLARATION OF TONY M. SAIN

I, Tony M. Sain, state and declare as follows:

1. I am an attorney at law duly authorized to practice before all the courts of the State of California and in all of the United States District Courts within California, and the United States Court of Appeals for the Ninth Circuit. I am a senior associate attorney in the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record herein for defendants CITY OF REDONDO BEACH AND (RET.) POLICE CHIEF W. JOSEPH LEONARDI (collectively herein after as "Defendants"). If called and sworn as a witness to testify, I am competent to testify and would testify from my own personal knowledge as to the facts set forth in this declaration, except as to those matters that are stated on information and belief. Where matters are stated on information and belief, such information and belief is based on my review of my law firm's files for this matter, including related witness statements, incident reports, testimony/transcripts, and/or correspondence or comparable communications/records.

2. This declaration is made in support of Defendants' removal to federal Court of the action from the Superior Court in the State of California, in and for the County of Los Angeles, of a civil action entitled KRISTEN ALLISON v. CITY OF REDONDO BEACH, *et al*., Los Angeles Super. Ct. case no. BC554724 regarding an officer-involved shooting that occurred on or about August 16, 2013.

3. Attached as Exhibit "A" to this declaration is a true and correct copy of the Summons re Complaint that was filed with the Los Angeles Superior Court on August 15, 2014 (re Los Angeles Super. Ct. case no. BC554724), but which was **not served on any of the Defendants until September 22, 2015**.

///
///
///
///

4. Attached as Exhibit "B" to this declaration is a true and correct copy of the initial and operative Complaint that was filed with the Los Angeles Superior Court on August 15, 2014 (re Los Angeles Super. Ct. case no. BC554724), but which was not served on any of the Defendants until September 22, 2015.

5. In light of the fact that the underlying State Court case was not served on any of the Defendants until September 22, 2015, this removal is timely made within 30 days of service of the State action.

6. Attached as Exhibit "C" to this declaration is a true and correct copy of the Answer defendants filed in the aforementioned State Court action: Los Angeles Super. Ct. case no. BC554724.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of October, 2015 at Los Angeles, California.

          /s/ Tony M. Sain
          Tony M. Sain