1  Mildred K. O'Linn (State Bar No. 159055)
     *mko@manningllp.com*
2  Tony M. Sain (State Bar No. 251626)
     *tms@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendants,
   CITY OF REDONDO BEACH AND (RET.)
   POLICE CHIEF W. JOSEPH LEONARDI
8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

| | |
|---|---|
| 12  KIRSTIN ALLISON, an individual and on behalf of the Estate of MITCHELL ALLISON, | Case No.: 2:15-CV-07712 |
| 14  Plaintiff, | |
| 15  v. | **DEFENDANT'S NOTICE OF INTERESTED PARTIES** |
| 16  CITY OF REDONDO BEACH, CHIEF W. JOSEPH LEONARDI, POLICE OFFICER # 1, POLICE OFFICER # 2, POLICE OFFICER # 3, POLICE OFFICER # 4, and DOES 1-100, inclusive, | **[C.D. CAL. L.R. 7.1-1]** |
| | State Complaint Filed: 08/15/2014 |
| | Trial Date: Not Yet Set |
| 19  Defendants. | |

21

22       The undersigned, counsel for defendants CITY OF REDONDO BEACH

23  AND (RET.) POLICE CHIEF W. JOSEPH LEONARDI ("defendants"), hereby

24  certify that to the best of defendant's knowledge at present the following listed

25  parties appear to have a direct, pecuniary interest in the outcome of this case.

26       1.   KIRSTIN ALLISON, plaintiff and representative of Estate of

27  MITCHELL ALLISON.

28       2.   CITY OF REDONDO BEACH, a public entity defendant.

3. Retired POLICE CHIEF W. JOSEPH LEONARDI, a public employee defendant.

4. Defendants lack sufficient information to determine whether Unnamed POLICE OFFICERS # 1-4 and/or DOES 1-100 have a direct, pecuniary interest in the outcome of this case.

DATED:  October 1, 2015

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _/s/ Tony M. Sain_
Mildred K. O'Linn, Esq.
Tony M. Sain, Esq.
Attorneys for Defendants,
CITY OF REDONDO BEACH AND
(RET.) POLICE CHIEF W. JOSEPH LEONARDI