**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  CV 15-7712 SS                              Date  October 5, 2015

Title: Kirstin Allison v. City of Redondo Beach et al

---

PRESENT: THE HONORABLE    SUZANNE H. SEGAL

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Marlene Ramirez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　NONE　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**    (IN CHAMBERS)

　　　　This action has been assigned for all purposes to the calendar of Magistrate Judge Suzanne H. Segal under the Civil Consent Pilot Project. The parties are reminded to review the time requirements for consent set forth in the Notice to Counsel that was issued at the time of the filing of the complaint. Details about the Civil Consent Pilot Project are also available on the Court's website at "www.cacd.uscourts.gov," under the "General Information" section of the site. A blank copy of the consent form is attached to this order. Plaintiff is instructed to forthwith serve a copy of this Order and the blank consent form on all parties that have already been served with the summons and complaint, or to serve all parties with a copy of this Order at the time of service of the summons and complaint.

　　　　**IT IS SO ORDERED**.

cc:    Counsel of Record

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk    MR

CV-90 (10/98)　　　　　　　　　　　　CIVIL  MINUTES  -  GENERAL