Mildred K. O'Linn (State Bar No. 159055)
  *mko@manningllp.com*
Tony M. Sain (State Bar No. 251626)
  *tms@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
CITY OF REDONDO BEACH AND (RET.)
POLICE CHIEF W. JOSEPH LEONARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIRSTIN ALLISON, an individual and on behalf of the Estate of MITCHELL ALLISON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF REDONDO BEACH, CHIEF W. JOSEPH LEONARDI, POLICE OFFICER # 1, POLICE OFFICER # 2, POLICE OFFICER # 3, POLICE OFFICER # 4, and DOES 1-100, inclusive,<br><br>        Defendants. | Case No.: _2:15-CV-07712 SS<br>*[Magistrate Judge Suzanne H. Segal]*<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>State Complaint Filed:   08/15/2014<br>Trial Date:              Not Yet Set |

I, Irma Castellanos, certify and declare as follows:

1.   I am over the age of 18 years and not a party to this action.

2.   My business address is Manning & Kass, Ellrod, Ramirez, Trester LLP, 801 S. Figueroa Street, 15th Floor, Los Angeles, California 90017, located in the city, county and state where the mailing described took place.

///

///

3. On October 6, 2015, I deposited in the United States mail at Los Angeles, California, a copy of the Notice to Adverse Party of Removal to Federal Court, dated October 6, 2015, a copy of the Notice is attached to this Certificate.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

EXECUTED ON:  **MANNING & KASS**
October 6, 2015  **ELLROD, RAMIREZ, TRESTER LLP**

By: *Irma Castellanos*
    IRMA CASTELLANOS