*[Exempt From Filing Fee Cal. Gov.Code § 6103]*

1   Mildred K. O'Linn (State Bar No. 159055)
      *mko@manningllp.com*
2   Tony M. Sain (State Bar No. 251626)
      *tms@manningllp.com*
3   **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
4   801 S. Figueroa St, 15th Floor
    Los Angeles, California 90017-3012
5   Telephone: (213) 624-6900
    Facsimile: (213) 624-6999
6
    Attorneys for Defendants,
7   CITY OF REDONDO BEACH AND (RET.)
    POLICE CHIEF W. JOSEPH LEONARDI
8
9              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
10                **COUNTY OF LOS ANGELES, CENTRAL DISTRICT**
11
12  KIRSTIN ALLISON, an individual and on          Case No. BC 554724
    behalf of the Estate of MITCHELL               *[Assigned for All Purposes to:*
13  ALLISON,                                       *Hon. Michelle R. Rosenblatt, Dept. 40]*
14              Plaintiff,
15         v.                                      **NOTICE TO ADVERSE PARTIES OF**
                                                   **REMOVAL TO FEDERAL COURT**
16  CITY OF REDONDO BEACH, CHIEF W.
    JOSEPH LEONARDI, POLICE OFFICER #
17  1, POLICE OFFICER # 2, POLICE OFFICER
    # 3, POLICE OFFICER # 4, and DOES 1-100,
18  inclusive,
                                                   Action Filed:      08/15/2104
19              Defendants.                        Trial Date:        Not Yet Set
20
21
22  **TO PLAINTIFFS, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**
23         PLEASE TAKE NOTICE that a Notice of Removal of this State Court action was filed in
24  the United States District Court for the Central District of California on October 1, 2015.  The case
25  number assigned to that federal case is 2:15-CV-07712 SS.  A copy of such Notice of Removal is
26  attached to this notice, and is thus filed concurrently herewith.
27  ///
28  ///

G:\docsdata\MKO Allison Pleadings Removal Removal 005 STATE Notice to Adverse
Parties.docx

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

1     In light of such removal to federal court, Defendants hereby respectfully request that all

2  State Court dates and deadlines be VACATED by the honorable Court.

3

4  DATED:  October 6, 2015            **MANNING & KASS**
                                   **ELLROD, RAMIREZ, TRESTER LLP**

By:  _____
        Mildred K. O'Linn, Esq.
        Tony M. Sain, Esq.
        Attorneys for Defendants,
        CITY OF REDONDO BEACH AND (RET.)
        POLICE CHIEF W. JOSEPH LEONARDI

Case No. BC 554724

**NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT**

# EXHIBIT "A"

Mildred K. O'Linn (State Bar No. 159055)
  *mko@manningllp.com*
Tony M. Sain (State Bar No. 251626)
  *tms@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
CITY OF REDONDO BEACH AND (RET.)
POLICE CHIEF W. JOSEPH LEONARDI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIRSTIN ALLISON, an individual and on behalf of the Estate of MITCHELL ALLISON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF REDONDO BEACH, CHIEF W. JOSEPH LEONARDI, POLICE OFFICER # 1, POLICE OFFICER # 2, POLICE OFFICER # 3, POLICE OFFICER # 4, and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:15-CV-07712 <br><br> **NOTICE OF REMOVAL OF ACTION BY DEFENDANTS, PURSUANT TO 28 U.S.C. §1441(b); DECLARATION OF TONY M. SAIN AND EXHIBITS.** <br><br> State Complaint Filed: 08/15/2014 <br> Trial Date: Not Yet Set |

## TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants CITY OF REDONDO BEACH AND (RET.) POLICE CHIEF W. JOSEPH LEONARDI ("defendants") hereby removes, to this Court, the state court action described below:

1. On August 15, 2014 an action was commenced by the filing of a Complaint in the Superior Court in the State of California, in and for the County of Los Angeles, entitled KRISTEN ALLISON v. CITY OF REDONDO BEACH, *et al.*, Los Angeles Super. Ct. case no. BC554724 regarding an officer-involved

1    shooting that occurred on or about August 16, 2013.

2        2.    **The Summons for such Complaint was not served on the**

3    **aforementioned defendants until September 22, 2015** – over 1 year after the State

4    Court action was filed, and more than 2 years after the incident at issue. [*See* Sain

5    Decl., Ex. A.]

6        3.    The Complaint alleges civil rights violations and contains causes of

7    action brought by the plaintiff, pursuant to 42 U.S.C. § 1983.

8        4.    Specifically, pursuant to 42 U.S.C. § 1983, plaintiff's First Cause of

9    Action alleges excessive force against plaintiff's decedent in violation of the **Fourth**

10   **and Fourteenth Amendments to the U.S. Constitution**, as well as an amorphous

11   Fourteenth Amendment claim for violation of decedent's right to "personal safety

12   and security" (according to plaintiff's allegations). [*See* Sain Decl., Ex. B at p. 5,

13   ¶¶ 14-16.] Similarly, pursuant to 42 U.S.C. § 1983, plaintiff's Second Cause of

14   Action alleges a *Monell* claim for failure to adequately train, supervise, or discipline

15   City peace officers in alleged violation of the **Fourth and Fourteenth**

16   **Amendments to the U.S. Constitution.** [*See id.* at pp. 5-6, ¶¶ 17-19.] Likewise,

17   pursuant to 42 U.S.C. § 1983, plaintiff's Third Cause of Action alleges deprivation

18   of familial relations in alleged violation of the **Fourteenth Amendment to the U.S.**

19   **Constitution.** [*See id.* at pp. 6, ¶¶ 20-22.] Along related lines, plaintiff's Fourth

20   Cause of Action alleges conspiracy in deprivation of civil rights pursuant to 42

21   U.S.C. § 1985(3); and plaintiff's Fifth Cause of Action alleges failure to intervene

22   pursuant to 42 U.S.C. § 1986. [*See id.* at pp. 7-8, ¶¶ 23-28.] Only plaintiff's Sixth

23   (and final) Cause of Action for wrongful death alleges any claim under California

24   law (Cal. Code Civ. Proc. § 377.60). [*See id.* at pp. 8, ¶¶ 29-33.]

25       5.    This action is a civil action to which this Court has original jurisdiction

26   under 28 U.S.C. § 1331 (federal question), and it is one which may be removed to

27   this Court by defendant, pursuant to the provisions of 28 U.S.C. § 1441(b), in that it

28   arises under 42 U.S.C. § 1983 and other federal statutes and laws.

1  6.    Defendants are all represented by the same counsel.  Counsel for
2  defendants consent to the removal of this action to this Court without opposition.
3  7.    Defendants CITY OF REDONDO BEACH AND (RET.) POLICE
4  CHIEF W. JOSEPH LEONARDI respectfully request the above-entitled action,
5  now pending in the Superior Court in the State of California, in and for the County
6  of Los Angeles, be removed to this federal Court.

7
8  DATED:  October 1, 2015          **MANNING & KASS**
9                                   **ELLROD, RAMIREZ, TRESTER LLP**

10

11                                 By:    /s/ Tony M. Sain
12                                        Mildred K. O'Linn, Esq.
13                                        Tony M. Sain, Esq.
                                   Attorneys for Defendants,
14                                 CITY OF REDONDO BEACH AND
                                   (RET.) POLICE CHIEF W. JOSEPH
15                                 LEONARDI
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\docsdata\MKO-Allison Pleadings\Removal\Removal.001 Notice to Fed.docx          Case No. _____

**NOTICE OF REMOVAL TO FEDERAL COURT**

**DECLARATION**

# DECLARATION OF TONY M. SAIN

I, Tony M. Sain, state and declare as follows:

1.     I am an attorney at law duly authorized to practice before all the courts of the State of California and in all of the United States District Courts within California, and the United States Court of Appeals for the Ninth Circuit.  I am a senior associate attorney in the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record herein for defendants CITY OF REDONDO BEACH AND (RET.) POLICE CHIEF W. JOSEPH LEONARDI (collectively herein after as "Defendants").  If called and sworn as a witness to testify, I am competent to testify and would testify from my own personal knowledge as to the facts set forth in this declaration, except as to those matters that are stated on information and belief.  Where matters are stated on information and belief, such information and belief is based on my review of my law firm's files for this matter, including related witness statements, incident reports, testimony/transcripts, and/or correspondence or comparable communications/records.

2.     This declaration is made in support of Defendants' removal to federal Court of the action from the Superior Court in the State of California, in and for the County of Los Angeles, of a civil action entitled KRISTEN ALLISON v. CITY OF REDONDO BEACH, *et al.*, Los Angeles Super. Ct. case no. BC554724 regarding an officer-involved shooting that occurred on or about August 16, 2013.

3.     Attached as Exhibit "A" to this declaration is a true and correct copy of the Summons re Complaint that was filed with the Los Angeles Superior Court on August 15, 2014 (re Los Angeles Super. Ct. case no. BC554724), but which was **not served on any of the Defendants until September 22, 2015**.

///
///
///
///

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

SAIN DECLARATION RE NOTICE OF REMOVAL TO FEDERAL COURT

4.   Attached as Exhibit "B" to this declaration is a true and correct copy of the initial and operative Complaint that was filed with the Los Angeles Superior Court on August 15, 2014 (re Los Angeles Super. Ct. case no. BC554724), but which was not served on any of the Defendants until September 22, 2015.

5.   In light of the fact that the underlying State Court case was not served on any of the Defendants until September 22, 2015, this removal is timely made within 30 days of service of the State action.

6.   Attached as Exhibit "C" to this declaration is a true and correct copy of the Answer defendants filed in the aforementioned State Court action: Los Angeles Super. Ct. case no. BC554724.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of October, 2015 at Los Angeles, California.

        /s/ Tony M. Sain
        Tony M. Sain

SAIN DECLARATION RE NOTICE OF REMOVAL TO FEDERAL COURT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On October 6, 2015, I served true copies of the following document(s) described as **NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT**  on the interested parties in this action as follows:

Matthew P. Todd, Esq.
TODD & ASSOCIATES
904 Silver Spur Road, #423
Palos Verdes, CA 90274
Tel.: (310) 742-7387
Fax: (866) 781-0419
Email: matthew@toddlawyers.com

Attorney for Plaintiff, Kirstin Allison, an individual and on behalf of the Estate of Mitchell Allison

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Manning & Kass, Ellrod, Ramirez, Trester LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 6, 2015, at Los Angeles, California.

61-44131

Irma Castellanos

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW