# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kirstin Allison<br><br><br>v.                    Plaintiff(s),<br><br><br>City of Redondo Beach et al<br><br><br>Defendant(s) | **CASE NUMBER:**<br><br>2:15-cv-07712-SS<br><br>**NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE**<br><br>**(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)** |

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

[ ] Party(ies) has/have not submitted their statement of consent form to proceed before a U.S. Magistrate Judge within the time required by the Local Rules.

[✓] Party declined to consent to the exercise of jurisdiction by the Magistrate Judge.

[ ] A Motion or Application requiring immediate attention has been filed prior to the parties' consent to the exercise of jurisdiction by the Magistrate Judge.

[ ] Other: _____

Pursuant to General Order 12-02 and for the reason stated above, this case is hereby randomly reassigned to the Honorable _____**Michael W. Fitzgerald**_____, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable _____**Paul L. Abrams**_____, United States Magistrate Judge.

On all documents subsequently filed in this case, please substitute the initials ___**MWF (PLAx)**___ after the case number in place of the initials of the prior judge, so that the case number will read ___**CV15-07712 MWF (PLAx)**___. All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Clerk, U. S. District Court

Date: __10/13/15__                    By: __Madelina Guerrero__

cc: [✓] *Previous Magistrate Judge*